# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-01367-SP | Date | July 31, 2025 |
|---|---|---|---|
| Title | JUSTIN BREWER v. STOCKSTOTRADE.COM, INC. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Plaintiff Should Not Be Sanctioned for Failing to Respond to Court Order**

On June 4, 2025, following plaintiff's initiation of this case, the court issued a form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent ("Consent Notice"). Docket no. 5. On July 7, 2025, plaintiff filed a waiver of service, which states that defendant Stockstotrade.com, Inc. waives service of the summons and complaint as of July 4, 2025, but there was no indication the Consent Notice was served on defendant. Docket no. 7. Consequently, on July 9, 2025, the court issued an order requiring plaintiff to file, on or before **July 16, 2025**, proof of service of the Notice of Assignment to a U.S Magistrate Judge and Declination of Consent (docket no. 5) on defendant.

Two weeks have passed since that deadline, but plaintiff has not filed proof of service of the Consent Notice on defendant, and nor has plaintiff otherwise responded to the court's July 9 order. Accordingly, the court now orders plaintiff to show cause by **August 11, 2025**, why plaintiff or plaintiff's counsel should not be sanctioned for their failure to comply with the court's order. Plaintiff may discharge this Order to Show Cause if he files, on or before August 11, 2025, proof of service of the Consent Notice on defendant.